# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF ARIZONA, *et al.*,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., *et al.*,

Defendants.

Case No. 3:26-cv-01609-VC

### [Proposed] Order Granting Scheduling Stipulation

Having reviewed the parties' Scheduling Stipulation, and for good cause shown, it is

hereby ORDERED that the requests in the Scheduling Stipulation are GRANTED. The parties

are excused from the deadlines in the Order Setting Initial Case Management Conference and

ADR Deadlines, ECF No. 14, and the May 29, 2026 Initial Case Management Conference is

converted to a status conference (to be held on the same date and time).

*Status report summarizing the posture of the case and the issues to be addressed at the conference due by 5/22/2026.

SO ORDERED.

Dated:  May 6, 2026

Vince Chhabria
Judge, United States District Court