**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| |
|---|
| STATE OF ARIZONA, *et al.*, |
| Plaintiffs, |
| v. |
| ROBERT F. KENNEDY, JR., *et al.*, |
| Defendants. |

Case No. 3:26-cv-01609-VC

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), the parties jointly request the entry of a protective order in this case. The parties have reached agreement as to the contents of that order, and a copy of their proposed Stipulated Protective Order is attached as Exhibit A. The parties therefore respectfully request adoption of that order for the reasons discussed below.

**DISCUSSION**

The Court may, for good cause, issue a protective order governing the disclosure of information in any of a variety of circumstances. *See* Fed. R. Civ. P. 26(c)(1). Good cause exists for the entry of a protective order here.

For this Administrative Procedure Act ("APA") case, judicial review is substantially based on the administrative records for the challenged actions. Defendants contend that the documents contained in these administrative records include confidential information belonging to parties and/or non-parties, as well as personally identifiable information; protected health information; documents relating to a person's past, present, or potential future employment; and information otherwise protected by the Privacy Act or the Health Insurance Portability and Accountability Act of 1996. Defendants are obligated by statute and regulation to maintain the

confidentiality of such information. *See, e.g.*, 5 U.S.C. § 552a; 18 U.S.C. § 1905; 21 U.S.C. § 331(j).

The proposed Stipulated Protective Order would allow Defendants to disclose the complete administrative records to Plaintiffs in a manner consistent with the above obligations. Absent such a protective order, Defendants would ordinarily need to comprehensively review the administrative records for confidential information and protected privacy information and redact such information from the documents before they are disclosed to Plaintiffs. Given the volume of the administrative records at issue here, that approach would require significant additional time and resources while also limiting Plaintiffs' access to information they may consider to be material to their claims or defenses. Entry of the attached Stipulated Protective Order would therefore facilitate a more efficient and expeditious resolution of this case.

The proposed Stipulated Protective Order is based on the Stipulated Protective Order (ECF No. 320) in *American Academy of Pediatrics ("AAP"), et al. v. Kennedy, et al.*, No. 1:25-cv-11916-BEM (D. Mass.), a case that challenges the same actions on the same grounds. Although the parties considered this Court's Model Stipulated Protective Order for Standard Litigation, they believe the *AAP* Stipulated Protective Order is a better fit for this case because it reflects that this is an APA case to be reviewed on the administrative records, not a case with standard civil discovery. Basing the Stipulated Protective Order in this case on that in *AAP* would also be efficient and promote the consistent treatment of confidential information across the two cases.

The proposed Stipulated Protective Order accommodates the fact that Defendants intend to produce to Plaintiffs only the unredacted versions of the confidential documents in the administrative records, given the large volume of confidential information and the fact that much

of it may never be included in court filings. Paragraph 4 of the proposed Stipulated Protective Order provides that a party that seeks to file under seal any document containing Confidential Information must comply with Civil Local Rule 79-5, with the following modification: Unless the entire document is confidential, the filing party must file a redacted version of the document on the public docket and an unredacted version of the document under seal with proposed redactions highlighted within seven days after initially filing the document under seal. The filing party may request to extend this seven-day period or modify this procedure for good cause. This provision allows the parties to identify redactions for only those documents filed with the Court, and it allows them to identify redactions seven days after filing because Plaintiffs may not know which information Defendants consider to be confidential, and the parties may need to confer about which information to redact.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court enter the attached Stipulated Protective Order.

June 12, 2026                                          Respectfully submitted,


By: */s/ Isaac C. Belfer*                             **KRISTIN K. MAYES**
Isaac C. Belfer (D.C. Bar No. 1014909)                Attorney General for the State of Arizona
Trial Attorney
Federal Programs Branch                               /s/ *Joshua D. Bendor (with*
Civil Division                                        *permission)*
U.S. Department of Justice                            Joshua D. Bendor*
1100 L Street, NW                                     *Solicitor General*
Washington, DC 20005                                  Clinten N. Garrett*
(202) 305-7134                                        Syreeta A. Tyrell*
(202) 514-8742 (fax)                                  Alexa G. Salas*
Isaac.C.Belfer@usdoj.gov                              *Assistant Attorneys General*
                                                      Office of the Arizona Attorney General
*Attorney for Defendants*

3

2005 N. Central Ave.
Phoenix, Arizona 85004
Joshua.Bendor@azag.gov
Clinten.Garrett@azag.gov
Syreeta.Tyrell@azag.gov
Alexa.Salas@azag.gov

*Attorneys for the State of Arizona*

/s/ *Katherine Milton (with permission)*
Katherine Milton
Deputy Attorney General
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Nimrod P. Elias
Supervising Deputy Attorneys General
Marnie G. Ganotis
Deputy Attorney General
455 Golden Gate Avenue
San Francisco, CA 94102-7004
(415) 229-0118
katherine.milton@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Nimrod.Elias@doj.ca.gov
Marnie.Ganotis@doj.ca.gov

*Counsel for the State of California*

**Additional Plaintiffs' Counsel**

**PHILIP J. WEISER**
  Attorney General for the State of Colorado

/s/ *David Moskowitz (with permission)*
David Moskowitz*
Deputy Solicitor General
Nora Passamaneck*
Senior Assistant Attorney General
Colorado Department of Law

**WILLIAM TONG**
Attorney General of Connecticut

/s/ *Shawn L. Rutchick (with permission)*
Shawn L. Rutchick*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210

4

1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov


*Attorneys for the State of Colorado*


Shawn.Rutchick@ct.gov

*Attorneys for Plaintiff State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

/s/ *Vanessa L. Kassab (with permission)*
Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov


*Attorneys for Plaintiff State of Delaware*


**AARON M. FREY**
Maine Attorney General

*/s/ Kendall R. Schutzer (with permission)*
Kendall R. Schutzer*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8452
Fax: 207-287-3145
Kendall.Schutzer@Maine.gov


*Attorneys for Plaintiff State of Maine*


**ANTHONY G. BROWN**
Attorney General of Maryland

*/s/ Michael Drezner (with permission)*
Michael Drezner*
 Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6959
mdrezner@oag.state.gov


*Counsel for the State of Maryland*


**DANA NESSEL**
Attorney General of Michigan

*/s/ Neil Giovanatti (with permission)*
Neil Giovanatti*
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov


*Attorney for the State of Michigan*


**KEITH ELLISON**
Attorney General for the State of Minnesota

**JENNIFER DAVENPORT**
Attorney General of New Jersey

5

/s/ Jennifer Moreau (with permission)
Jennifer Moreau*
Brian S. Carter**
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1195
jennifer.moreau@ag.state.mn.us
brian.carter@ag.state.mn.us

Attorneys for Plaintiff State of Minnesota


RAÚL TORREZ
New Mexico Attorney General

/s/ Justin McCarthy (with permission)
Justin McCarthy*
Assistant Solicitor General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 629-7741
jmccarthy@nmjoj.gov

Attorney for State of New Mexico


PETER F. NERONHA
Attorney General of Rhode Island

/s/ Kathryn T. Gradowski (with permission)
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov
Rhode Island Bar No. 10871

/s/ Joshua P. Bohn (with permission)
Joshua P. Bohn*
Kevin Bui*
Amanda McElfresh*
Deputy Attorneys General
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5366
Joshua.Bohn@law.njoag.gov
Kevin.Bui@law.njoag.gov
Amanda.McElfresh@law.njoag.gov

Counsel for the State of New Jersey


DAN RAYFIELD
Attorney General of Oregon

/s/ Scott P. Kennedy (with permission)
Scott P. Kennedy*
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Scott.Kennedy@doj.oregon.gov

Attorneys for Plaintiff State of Oregon


JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Amanda Quester (with permission)
Amanda Quester*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-8690
amanda.quester@wisdoj.gov

6

*Counsel for the State of Rhode Island*    *Counsel for the State of Wisconsin*

**JOSH SHAPIRO**
*in his official capacity as Governor of the*
*Commonwealth of Pennsylvania*

Jennifer Selber
*General Counsel*

<u>*/s/ Aimee D. Thomson (with permission)*</u>
Aimee D. Thomson*
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
aimeethomson@pa.gov

*Counsel for Governor Josh Shapiro*

  *\*Admitted Pro Hac Vice*
  *\*\* Pro Hac Vice application forthcoming*

7

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.


June 12, 2026                          */s/ Isaac C. Belfer*
                                       Isaac C. Belfer