**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br>Plaintiffs,<br>v.<br>ROBERT F. KENNEDY, JR., *et al.*,<br>Defendants. | Case No. 3:26-cv-01609-VC |

**[~~Proposed~~] Order Granting Three-Day Extension of Time to File Amended Complaint**

Having reviewed Plaintiffs' Motion for Three-day Extension of Time to File Amended Complaint and good cause appearing, it is ORDERED GRANTING THE MOTION. The deadline for Plaintiffs to file an Amended Complaint is extended three days from September 29, 2026 to October 2, 2026.

Dated: September 28, 2026

Vince Chhabria
Judge, United States District Court